IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLYDE LAMB,

    Plaintiff,

vs.

WAYNE BENNETT, Sheriff;
PUBLIC DEFENDERS OFFICE,
and DISTRICT ATTORNEYS
OFFICE,

    Defendants.

CIVIL ACTION NO.: CV209-022

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. In his Objections, Plaintiff generally asserts that Defendants have violated his rights from the time he was arrested until the present time. Plaintiff's claims are not properly before a federal court or in a civil rights action.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 42 U.S.C. § 1983. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 4 day of June, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)